**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**THELMA N. SMITH** **PLAINTIFF**

**VS.** **CIVIL ACTION NO.: 4:26-cv-65-DMB-JMV**

**STATE FARM FIRE AND CASUALTY COMPANY** **DEFENDANT**

# ORDER LIFTING STAY

This matter is before the court consistent with the Order [Doc. 12] entered on May 14, 2026, staying this case pending a ruling on Plaintiff's Motion to Remand [Doc. 10]. On October 26, 2026, the Chief District Judge entered an Order [Doc. 24] denying Plaintiff's multiple motions to remand and request for remand order [Docs. 10, 13, 16]. Accordingly, the stay should be lifted, and this action may proceed.

**IT IS THEREFORE ORDERED** that the stay on the above-styled matter is hereby **LIFTED**.

**SO ORDERED**, this, the 27th day of October, 2026.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**